**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Allen Michael McCall<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3992<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Breanne Michelle McCall<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7510<br>EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–70255–JAD

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Allen Michael McCall                                   Breanne Michelle McCall
                                                        fka Breanne Michelle Barroner

10/26/22                                               **By the court:**   Jeffery A. Deller
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Allen Michael McCall  
Breanne Michelle McCall  
    Debtors

Case No. 22-70255-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 318 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Allen Michael McCall, Breanne Michelle McCall, 217 Rosser Road, Williamsburg, PA 16693-8208 |
| tr | ++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270 address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| 15500777 | + | Affirm, Inc., Attn: Max Levchin, President & CEO, 746 Rustic Lane, Mountain View, CA 94040-3056 |
| 15500782 | + | Barclays Bank Delaware, C/O Ilana Zion, Esq., Scott & Associates PC, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 15500780 | + | Barclays Bank Delaware, C/O Scott & Associates, P.C., Attn: Michael B. Volk, Esq., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 15500783 | + | Blair Gastroenterology Associates, 810 Valley View Blvd., Altoona, PA 16602-6342 |
| 15500795 | + | Dish Network LLC, Attn: Executive Escalations, P.O. Box 9040, Littleton, CO 80160-9040 |
| 15500802 | + | Global Lending Services, LLC, C/O Doug Duncan, Founder and Chairman, 3268 Progress Way, Suite 2089, Wilmington, OH 45177-7700 |
| 15500808 | | M&T Bank, C/O Richard S. Gold, Pres. & COO, One M&T Plaza, Buffalo, NY 14203 |
| 15500815 | + | Midland Credit Management, Inc., C/O Martin Bunce, Esq., P.O. Box 9329, Catonsville, MD 21228-0329 |
| 15500812 | + | Midland Credit Management, Inc., C/O Kristina Homoleski, Esq., P.O. Box 9329, Catonsville, MD 21228-0329 |
| 15500819 | | Mortgage Electronic Registration Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15500818 | + | Mortgage Electronic Registration Systems, Inc., 1901 E. Voorhees Street C, Danville, IL 61834-4512 |
| 15500832 | + | T-Mobile, C/O Mike Sievert, President & CEO, 3618 Factoria Blvd. SE, Bellevue, WA 98006-6128 |
| 15500833 | + | United States Attorney's Office, Western District of Pennsylvania, Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | EDI: BLMSWOPE | Oct 27 2022 03:38:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| smg | EDI: PENNDEPTREV | Oct 27 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 23:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: RECOVERYCORP.COM | Oct 27 2022 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15500776 | + Email/Text: backoffice@affirm.com | Oct 26 2022 23:49:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St. Floor 4, Pittsburgh, PA 15212-5862 |
| 15500778 | EDI: NAVIENTFKASMDOE.COM | Oct 27 2022 03:43:00 | Aidvantage, U.S. Department of Education Loan, Servicing, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |

Case 22-70255-JAD    Doc 16    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc Imaged
                              Certificate of Notice    Page 4 of 7

| District/off: 0315-7 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 318 | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| 15500779 | + EDI: AMSHER.COM | Oct 27 2022 03:43:00 | Amsher Collection Services, Attn: Bankruptcy, 4524 Southlake Parkway Suite 15, Birmingham, AL 35244-3271 |
| 15500781 | + EDI: TSYS2 | Oct 27 2022 03:38:00 | Barclays Bank Delaware, C/O Barry Rodriguez, CEO, 125 South West Street, Wilmington, DE 19801-5014 |
| 15500793 | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 26 2022 23:48:00 | Credit Corp Solutions Inc., 180 West Election Road, Suite 200, Draper, UT 84020 |
| 15500784 | + EDI: CAPITALONE.COM | Oct 27 2022 03:38:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15500785 | + EDI: CAPITALONE.COM | Oct 27 2022 03:38:00 | Capital One Bank USA, N.A., C/O Capital One Financial Corp., Attn Richard D. Fairbank, Chairman & CEO, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 15500786 | + EDI: CITICORP.COM | Oct 27 2022 03:38:00 | Citi/Sears, Citibank / Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15500787 | + EDI: CITICORP.COM | Oct 27 2022 03:38:00 | Citibank, C/O Jane Fraser, Pres. & CEO, 701 East 60th Street N., Sioux Falls, SD 57104-0432 |
| 15500788 | + EDI: CITICORP.COM | Oct 27 2022 03:38:00 | Citibank / Home Depot, C/O Jane Fraser, President & CEO, 701 East 60th Street N., Sioux Falls, SD 57104-0432 |
| 15500789 | + Email/Text: bknotice@raslavrar.com | Oct 26 2022 23:48:00 | Citibank N.A., C/O RAS LaVrar, LLC, Attn: Robert Kline, Esq., 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15500790 | + Email/Text: mediamanagers@clientservices.com | Oct 26 2022 23:48:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 15500791 | + EDI: COMCASTCBLCENT | Oct 27 2022 03:38:00 | Comcast, Attn: Legal Department, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 15500792 | + Email/Text: dylan.succa@commercialacceptance.net | Oct 26 2022 23:48:00 | Commerical Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15500794 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 26 2022 23:47:32 | Department of Housing and Urban, Development, Attention: Single Family Notes Branch, 451 Seventh Street, SW, Washington, DC 20410-0001 |
| 15500795 | + EDI: DISH | Oct 27 2022 03:38:00 | Dish Network LLC, Attn: Executive Escalations, P.O. Box 9040, Littleton, CO 80160-9040 |
| 15500797 | + Email/Text: bknotice@ercbpo.com | Oct 26 2022 23:49:00 | Enhanced Recovery Company, LLC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 15500796 | + Email/Text: bknotice@ercbpo.com | Oct 26 2022 23:49:00 | Enhanced Recovery Company, LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15500798 | Email/Text: bncnotifications@pheaa.org | Oct 26 2022 23:48:00 | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15500799 | + Email/Text: crdept@na.firstsource.com | Oct 26 2022 23:49:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15500801 | Email/Text: bankruptcy@glsllc.com | Oct 26 2022 23:48:00 | Global Lending Services, LLC, Attn: Bankruptcy, PO Box 10437, Greenville, SC 29603 |
| 15500800 | + Email/Text: bankruptcy@affglo.com | Oct 26 2022 23:49:00 | Global Credit & Collection Corp., 5440 N Cumberland Ave, Suite 300, Chicago, IL 60656-1486 |
| 15500807 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:12 | LVNV Funding, LLC, C/O Bryan Faliero, Presidnt & CEO, 55 Beattie Pl, Ste 110, Greenville, SC 29601-5115 |
| 15500805 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:39 | LVNV Funding, LLC, C/O Resurgent Capital Services, L.P., Suite 110, MS 576, 55 Beattie |

Case 22-70255-JAD    Doc 16    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0315-7 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 318 | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| | | | Place, Greenville, SC 29601-5115 |
| 15500804 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:37 | LVNV Funding, LLC, c/o Resurgent Capital, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15500806 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:38 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15500803 | + EDI: LENDNGCLUB | Oct 27 2022 03:38:00 | LendingClub, C/O Scott Sanborn, President & CEO, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 15500809 | Email/Text: camanagement@mtb.com | Oct 26 2022 23:48:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 15500817 | Email/Text: compliance@monarchrm.com | Oct 26 2022 23:48:00 | Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 15500816 | Email/Text: compliance@monarchrm.com | Oct 26 2022 23:48:00 | Monarch Recovery Management, Inc., P.O. Box 986, Bensalem, PA 19020 |
| 15500814 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2022 23:48:00 | Midland Credit Management, Inc., C/O Ryan Bell, President, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 15500810 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2022 23:48:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15500811 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2022 23:48:00 | Midland Credit Management, Inc., Attn: Tim Bolin, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15500813 | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2022 23:48:00 | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 15500820 | + EDI: NAVIENTFKASMSERV.COM | Oct 27 2022 03:43:00 | Navient Solutions Inc, Attn: Bankrutpcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15500821 | + EDI: NAVIENTFKASMSERV.COM | Oct 27 2022 03:43:00 | Navient Solutions, Inc., C/O John F. Remondi, Pres. & CEO, 123 Justison Street, Wilmington, DE 19801-5363 |
| 15500822 | + EDI: AGFINANCE.COM | Oct 27 2022 03:38:00 | OneMain Financial, 302 Union Avenue, Altoona, PA 16602-3250 |
| 15500823 | + EDI: AGFINANCE.COM | Oct 27 2022 03:38:00 | OneMain Financial, C/O OneMain Holdings, Inc., Attn: Doug Shulman, Pres. & CEO, 601 NW Second Street, Evansville, IN 47708-1013 |
| 15500829 | + Email/Text: bankruptcynotices@psecu.com | Oct 26 2022 23:49:00 | PSECU, Attn: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15501982 | EDI: PENNDEPTREV | Oct 27 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15501982 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15500824 | + Email/Text: bankruptcynotices@psecu.com | Oct 26 2022 23:49:00 | Pennsylvania State Employees Credit, Union, C/O George Rudolph, Pres. & CEO, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 15500828 | + Email/PDF: ebnotices@pnmac.com | Oct 26 2022 23:47:35 | PennyMac Loan Services, LLC, C/O Doug Jones, President, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 15500826 | Email/PDF: ebnotices@pnmac.com | Oct 26 2022 23:47:35 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 950002, Fort Worth, TX 76155-9802 |
| 15500825 | + Email/PDF: ebnotices@pnmac.com | Oct 26 2022 23:47:10 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15500827 | + Email/PDF: ebnotices@pnmac.com | | |

Case 22-70255-JAD   Doc 16   Filed 10/28/22   Entered 10/29/22 00:27:56   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-7 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 318 | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 26 2022 23:46:48 | PennyMac Loan Services, LLC, 3043 Townsgate Road, Ste 200, Westlake Village, CA 91361-3027 |
| 15500830 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 26 2022 23:47:32 | Secretary of Housing and Urban, Development, 451 Seventh Street, SW, Washington, DC 20410-0001 |
| 15501376 | + | EDI: RMSC.COM | Oct 27 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15500831 | | EDI: RMSC.COM | Oct 27 2022 03:38:00 | Synchrony Bank / PayPal, C/O Margaret Keane, Pres. & CEO, 170 West S. Election Road, Draper, UT 84020 |
| 15500834 | ^ | MEBN | Oct 26 2022 23:42:10 | Velocity Investments, LLC, C/O James J. Mastriani, Esq. Pres & COO, 1800 Route 34N, Suite 305, Wall, NJ 07719-9146 |
| 15500835 | + | Email/Text: notices@burt-law.com | Oct 26 2022 23:49:00 | Velocity Investments, LLC/Lending Club, C/O Burton Neil & Associates, P.C., Attn: Neil Sarker, Esq., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Debtor Allen Michael McCall dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Breanne Michelle McCall dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |

District/off: 0315-7 User: admin Page 5 of 5
Date Rcvd: Oct 26, 2022 Form ID: 318 Total Noticed: 66

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5